UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRE WILKINSON,

    Plaintiff,

v.                                                           Case No: 8:14-cv-2305-T-36EAJ

PODS, INC., a Florida corporation, and
CAINE & WEINER SOUTH, LLC, a
Florida limited liability company

    Defendants.
_____/

# **O R D E R**

Before the Court is the Stipulation for Final Order of Dismissal with Prejudice as to PODS, Inc., Only (Doc. 11). In accord with the Stipulation for Final Order of Dismissal with Prejudice as to PODS, Inc., Only, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Stipulation for Final Order of Dismissal with Prejudice as to PODS, Inc., Only is **APPROVED** (Doc. 11).

    2)     The claims against Defendant PODS, Inc., only, are dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)     As Plaintiff's claims against both Defendants have now been dismissed, the Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE AND ORDERED** in Tampa, Florida on July 6, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record